✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | **(For a Petty Offense)** — Short Form |
| STACY E. TINSLEY | CM/ECF Case No. 1:26-PO-00021-SKB |
| 3153 MAYRIDGE CT, APT 3 | Case No.    OS51         E1856155 |
| CINCINNATI, OH 45211 | USM No. |

_____
Defendant's Attorney

**THE DEFENDANT:**          STACY E. TINSLEY

☑ **THE DEFENDANT** pleaded guilty to count(s)     1 _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 7 & 13 and 38 CFR 1.218(B)(29) | Parking in spaces posted as reserved or in excess of a posted time limit | 9/21/25 | 1 |

☐   Count(s) _____   ☐ is   ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court . Immediately

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $45.00 | $ 0.00 | $ 15.00 | $ 30.00 |

Last Four Digits of Defendant's  Soc. Sec. No.:   2794

Defendant's Year of Birth:   1987

City and State of Defendant's Residence:
CINCINNATI, OH

4/22/26
_____
Date of Imposition of Judgment

_Stephanie K Bowman_
_____
Signature of Judge

Stephanie K. Bowman, United States Magistrate Judge
_____
Name and Title of Judge

04/24/2026
_____
Date